Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>AKRONDH, BABYBABY1314, BAILIXI05, BUYCHEAPCOCOS, BUYCHEAPDOOR, CATHERINE05, DHFUNNYS, DHGATECOUION, ENDISDHGATE, FACE_SHIELDS_WANG, FACTORYSALECO, GADSDENGATE, GATEMALL, JACK6666, PANDORAGATE, PHOENIXGATE, SIHUAI09, STORESROOMSUI, TEEMWAY SUMMER TOYS, WAUKEGANGATE and ZXLCLOTHES15,<br><br>*Defendants* | **CIVIL ACTION NO.**<br>**21-cv-3621 (JPO)**<br><br>**UNSEALING ORDER** |

1

2

The Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __8th__ day of __June__, 2021, at __3:15__ p.m.
New York, New York

_____
J. PAUL OETKEN
United States District Judge